UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNTRUST EQUIPMENT FINANCE &
LEASING, CORP.,

    Plaintiff,

v.                                 Case No. 8:12-cv-270-T-33MAP

PAUL BELIVEAU,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court pursuant to the parties' Joint Motion to Extend Temporary Restraining Order (Doc. # 12), which was filed on March 12, 2012.

On February 7, 2012, the Court granted Suntrust's motion for a Temporary Restraining Order, effective immediately and remaining in effect for a period of fourteen days. (Doc. # 5). On February 24, 2012, the Court granted an extension of the Temporary Restraining Order for a period of twenty-one days. (Doc. # 9). In their Joint Motion to Extend Temporary Restraining Order, the parties request to again extend the Temporary Restraining Order for a period of fourteen days while they pursue settlement negotiations. (Doc. # 12).

Rule 65(b)(2) of the Federal Rules of Civil Procedure permits a court to extend a temporary restraining order for fourteen days "for good cause" or for a longer amount of time if

the adverse party consents. Upon finding that Defendant Paul Beliveau has consented to the extension request, the Court grants the request to extend the Temporary Restraining Order through and until March 26, 2012.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' Joint Motion to Extend Temporary Restraining Order(Doc. # 12) is **GRANTED.**

(2) The Temporary Restraining Order shall remain in full force and effect until **5:00 p.m. on March 26, 2012,** at which time it shall expire by its terms unless extended by this Court upon good cause shown, by consent of the parties, or by entry of a subsequent preliminary injunction by this Court.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this **13th** day of March, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record