```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

SUNTRUST EQUIPMENT FINANCE &
LEASING, CORP.,

        Plaintiff,
v.                                      Case No. 8:12-cv-270-T-33MAP

PAUL BELIVEAU,

        Defendant.
_____/
```

**STIPULATED PERMANENT INJUNCTION AND DISMISSAL**

This cause comes before the Court pursuant to the parties' Joint Motion for Entry of Stipulated Permanent Injunction and for Order of Dismissal (Doc. # 23), filed on May 15, 2012. Based on the agreement of the parties and being fully advised in the premises of the motion and stipulation, the Court grants the motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant, Beliveau, shall be permanently enjoined and restrained, directly and indirectly, whether on his own behalf or on behalf of third parties, from further use of, disclosure or transmission for any purpose, including for the use of contacting or soliciting SunTrust Equipment Finance & Leasing Corp.'s ("Suntrust") clients or prospective clients, directly or indirectly, any SunTrust

  business, client and/or prospective client information retained, removed or otherwise obtained by Beliveau from the databases or records of SunTrust.

(2) The Court declines to retain jurisdiction over this matter to enforce the terms of the permanent injunction.

(3) This case is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees. The Clerk is directed to close this case.

  **DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th day of May, 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

2